# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MAGDALENA RODRIGUEZ, individually,<br><br>　　　　Plaintiff,<br><br>v.<br><br>AMY BOCHENEK, individually; VALLEY HEALTH SYSTEM, LLC, a foreign limited liability company operating under the fictitious name of CENTENNIAL HILLS HOSPITAL CENTER; UNIVERSAL HEALTH SERVICES FOUNDATION, foreign non-profit corporation; DOES I through X and ROE COROPRATIONS I through X,<br><br>　　　　Defendants. | Case No. 09-cv-02351-LRH-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT AMY BOCHENEK TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT** |

Defendant Amy Bochenek ("Defendant"), by and through her counsel of record, Jackson Lewis LLP, and Plaintiff Magdalena Rodriguez, by and through her counsel of record, John C. Courtney, hereby stipulate and agree to extend the time for Defendant to file a responsive pleading to Plaintiff's Complaint.

Defendant shall have through and including January 27, 2010 to file her responsive pleading to Plaintiff's Complaint.

JACKSON LEWIS LLP
LAS VEGAS

This stipulation and order is sought in good faith and not for the purpose of delay. No prior request for any extension of time has been made.

Dated this 19th day of January, 2010.

| JOHN PETER LEE, LTD. | JACKSON LEWIS LLP |
|---|---|
| /s/ John C. Courtney | /s/ Elayna J. Youchah |
| John Peter Lee, Bar No. 1768<br>John C. Courtney, Bar No. 11092<br>830 Las Vegas Blvd. South<br>Las Vegas, Nevada 89101 | Elayna J. Youchah, Bar # 5837<br>3960 Howard Hughes Parkway, Ste. 450<br>Las Vegas, Nevada 89169 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

## **ORDER**

IT IS SO ORDERED this 20th day of January, 2010.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE