1

2

3

4

5

6

**UNITED STATES DISTRICT COURT**

7

**DISTRICT OF NEVADA**

8

| | |
|---|---|
| MAGDALENA RODRIGUEZ, individually, | Case No. 09-cv-02351-LRH-PAL |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| AMY BOCHENEK, individually; VALLEY HEALTH SYSTEM, LLC, a foreign limited liability company operating under the fictitious name of CENTENNIAL HILLS HOSPITAL CENTER; UNIVERSAL HEALTH SERVICES FOUNDATION, foreign non-profit corporation; DOES I through X and ROE CORPORATIONS I through X, | |
| Defendants. | |

9

10

11

12

13

14

15

16

17

18    IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Magdalena

19    Rodriguez and Defendants Amy Bochenek, Valley Health System, LLC and Universal Health

20    Services Foundation, through their undersigned counsel of record, that the above entitled matter

21    be dismissed with prejudice, each party to bear its own attorneys' fees and costs.

22    Dated this 22nd day of October, 2010.

23

24    JOHN PETER LEE, LTD.                          JACKSON LEWIS LLP

25    _____/s/ John C. Courtney_____              _____/s/ Elayna J. Youchah_____
      John Peter Lee, #1768                          Elayna J. Youchah, Bar # 5837
26    John C. Courtney, Esq., # 11092                Lisa A. McClane, Bar #10139
      830 Las Vegas Boulevard South                  3960 Howard Hughes Parkway, Ste. 450
27    Las Vegas, Nevada 89101                        Las Vegas, Nevada 89169

28    *Attorneys for Plaintiff*                      *Attorneys for Defendants*

1

**ORDER OF DISMISSAL**

2

3       IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-entitled

4    matter is dismissed with prejudice and each party to bear its own attorneys' fees and costs.

5       DATED this ___25th___ day of _____October_____, 2010.

6

7

8

9    _____

     LARRY R. HICKS

10   UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28